UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 98-6069
(CA-98-1-R)

Virgil Atwell Motley,

Plaintiff - Appellant,

versus

Kenneth Hayter, etc., et al.,

Defendants - Appellees.

O R D E R

The court amends its opinion filed September 23, 1998, as follows:

On the cover sheet, section 5 -- the panel information is corrected to read "Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges."

For the Court - By Direction

/s/ Patricia S. Connor
Clerk

<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-6069**

─────────────

VIRGIL ATWELL MOTLEY,

Plaintiff - Appellant,

versus

KENNETH HAYTER, Sheriff, Washington County
Sheriff's Department; ROBERT TURNER, Captain,
Washington County Jail; ROBERT OWENS, Lieuten-
ant, Washington County Sheriff's Department;
LARRY WILSON, Sergeant, Washington County
Sheriff's Department; BARBARA SPROLES, Ser-
geant, Washington County Sheriff's Department;
J. LATHAM, Deputy, Washington County Sheriff's
Department; R. WANN,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Samuel G. Wilson, Chief District
Judge. (CA-98-1-R)

─────────────

Submitted: September 10, 1998     Decided: September 23, 1998

─────────────

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Virgil Atwell Motley, Appellant Pro Se.

------

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Motley v. Hayter</u>, No. CA-98-1-R (W.D. Va. Jan. 6, 1998). We deny Appellant's motion to expedite his appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>